UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES J. FARLEY,

                    Plaintiff,

vs.

COUNTRY COACH, INC.,                               Case No. 05-CV-71623
                                                   HON. GEORGE CARAM STEEH
                    Defendant/
                    Third Party Plaintiff,
vs.

TECHNOLOGY RESEARCH CORPORATION,

                    Third Party Defendant.

_____/

ORDER GRANTING IN PART DEFENDANT COUNTRY COACH'S
MOTION TO FILE SUPPLEMENTAL BRIEF (#54)

    Following extensive briefing and an August 28, 2006 hearing on defendant/third-party plaintiff Country Coach's motion for summary judgment, third-party defendant Technology Research Corporation's motion for summary judgment, and plaintiff Charles Farley's motion to reinstate breach of implied warranty claim, Country Coach filed a September 11, 2006 motion for leave to file a supplemental brief and a supplemental brief drawing the court's attention to a recent decision issued in Schultz v. General RV Center, No. 04-72562, 2006 WL 2583140 (E.D. Mich. Sept. 6, 2006) (Edmunds, J.). Plaintiff Farley filed a response to the motion on September 13, 2006 opposing the filing of a supplemental brief and the application of the Schultz decision to the instant lawsuit. Accordingly, the court GRANTS IN PART Country Coach's motion to file the supplemental brief to the extent briefed to date. Country Coach's motion is DENIED IN PART as to any further briefing.

SO ORDERED.

Dated:  September 18, 2006

s/George Caram Steeh

GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 18, 2006, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---