UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES J. FARLEY,

        Plaintiff,                         Case No. 05-71623

v.                                        Magistrate Judge R. Steven Whalen

COUNTRY COACH, INC.,
an Oregon Corporation, and
TECHNOLOGY RESEARCH
CORPORATION,
a Florida Corporation,

        Defendants,

and

COUNTRY COACH, INC.,
an Oregon Corporation,

        Third Party Plaintiff,

v

TECHNOLOGY RESEARCH CORPORATION,
a Florida Corporation,

        Third Party Defendant.
_____/

**ORDER GRANTING IN PART DEFENDANT TRC'S
MOTION FOR DIRECTED VERDICT**

      For the reasons stated on the record in open court, Defendant Technology Research Corporation's (TRC's) Motion for Directed Verdict as to Plaintiff's claim of breach of express warranty is GRANTED.

Defendant TRC's Motion for Directed Verdict as to Plaintiff's claim of breach of implied warranty of merchantability is DENIED.

Defendant Country Coach, Inc.'s Motion for Directed Verdict is DENIED.

SO ORDERED.

S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  March 23, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 23, 2007.

S/Gina Wilson
Judicial Assistant