UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES J. FARLEY,

        Plaintiff,                Case No. 05-71623

v.                              Magistrate Judge R. Steven Whalen

COUNTRY COACH, INC.,
an Oregon Corporation, and
TECHNOLOGY RESEARCH
CORPORATION,
a Florida Corporation,

        Defendants,

and

COUNTRY COACH, INC.,
an Oregon Corporation,

        Third Party Plaintiff,

v

TECHNOLOGY RESEARCH CORPORATION,
a Florida Corporation,

        Third Party Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

      For the reasons stated on the record on March 9, 2007, Defendant Country Coach, Inc.'s Motion to Dismiss for Lack of Jurisdiction [Docket #90] is DENIED.

      SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 23, 2007.

        S/Gina Wilson
        Judicial Assistant