UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES J. FARLEY,

        Plaintiff,                    Case No. 05-71623

v.                                        Magistrate Judge R. Steven Whalen

COUNTRY COACH, INC.,
an Oregon Corporation, and
TECHNOLOGY RESEARCH
CORPORATION,
a Florida Corporation,

        Defendants,

and

COUNTRY COACH, INC.,
an Oregon Corporation,

        Third Party Plaintiff,

v

TECHNOLOGY RESEARCH CORPORATION,
a Florida Corporation,

        Third Party Defendant.
_____/

## ORDER REGARDING MOTIONS IN LIMINE

For the reasons and under the terms stated on the record on March 9, 2007,

Defendant Country Coach's Motion in Limine re: Permissible Testimony Concerning

Liability and Damages [Docket #68] is GRANTED IN PART.

Defendant Country Coach's Motion in Limine to Bar Plaintiff from Admitting Evidence [Docket #69] is DENIED.

Defendant Country Coach's Motion in Limine Re: Plaintiff's Breach of Warranty Damages [Docket #70] is GRANTED IN PART.

Defendant Country Coach's Motion in Limine Re: Magnuson-Moss Warranty Act [Docket #71] is GRANTED.

Defendant Country Coach's Motion in Limine to Exclude Evidence Re: Settlement Negotiations [Docket #72] is GRANTED.

Defendant Country Coach's Motion in Limine to Limit Plaintiff's Breach of Implied Warranty Claim [Docket #93] is DENIED.

Defendant Technology Research Corp.'s [TRC] Motion in Limine to Prevent Plaintiff from Introducing Evidence of Recall [Docket #73] is GRANTED.

Defendant TRC's Motion in Limine to Prevent Plaintiff from Offering Testimony Regarding the Transfer Switch [Docket #74] is GRANTED IN PART.

Defendant TRC's Objection to Exhibits [Docket #104] is DENIED WITHOUT PREJUDICE.

Plaintiff's Motion in Limine to Preclude Testimony of Marshall and Dorothy Abbott [Docket #75] is DENIED AS MOOT.

Plaintiff's Motion in Limine to Preclude Testimony and Affidavits of Expert Witnesses [Docket #76] is DENIED.

Plaintiff's Emergency Motion for Protective Order [Docket #103] is DENIED.

SO ORDERED.

                                                S/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 23, 2007.

                                                S/Gina Wilson
                                                Judicial Assistant