UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES J. FARLEY,

        Plaintiff,        Case No. 05-71623

v.        Magistrate Judge R. Steven Whalen

COUNTRY COACH, INC.,
an Oregon Corporation, and
TECHNOLOGY RESEARCH
CORPORATION,
a Florida Corporation,

        Defendants.
                                            /

**ORDER DENYING MOTION TO STRIKE**

Defendant's Motion to Strike Plaintiff's Supplemental Brief [Docket #148] is hereby DENIED.

SO ORDERED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 28, 2008.

                                            S/Gina Wilson
                                            Judicial Assistant